Certificate Number: 13858-PAM-DE-031590133

Bankruptcy Case Number: 18-03287



13858-PAM-DE-031590133

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2018, at 8:15 o'clock PM EDT, Ebonnie Simmons-Hall completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 9, 2018    By: /s/Omar Silva

Name: Omar Silva

Title: Counselor