IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             CHAPTER 13
EBONNIE LEAVERN SIMMONS-HALL
   Debtor

                                                   CASE NO. 1:18-bk-03287

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
1129(a)(14), 1225(a)(7), 1325(a)(8) AND (a)(9)**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Ebonnie Leavern Simmons-Hall, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on
_10/24/18_ .

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations
have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been
filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated
Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event of any
of the information contained in this Certification changes.

5. If this Certification being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about
the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing
statements made by me are willfully false, I am subject to punishment.

DATED:_9/6/18_          BY: _____
                             Ebonnie Leavern Simmons-Hall