```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03287-HWV
Ebonnie Leavern Simmons-Hall                                                            Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner                 Page 1 of 2                  Date Rcvd: Sep 10, 2018
                               Form ID: ntcnfhrg             Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
```
db             +Ebonnie Leavern Simmons-Hall,    724 Rowe Lane,    Harrisburg, PA 17112-2731
5093028        +AES/BELAUSBK,    PO BOX 2461,    HARRISBURG, PA 17105-2461
5093029        +ASPIRE URGENT CARE & FAMILY MEDICINE,    49 PRINCE STREET,    HARRISBURG, PA 17109-3113
5093031        +CARRINGTON MORTGAGE SERVICES LLC,    1600 S DOUGLASS ROAD STE 200A,    ANAHEIM, CA 92806-5951
5093033         CB/ASHLEYSTWRT,    BK NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093035        +CB/BRYLANEHOME,    ATTN: BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093038         CB/FFE21CC,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093040         CB/JESSLONDON,    BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093046         CCB/DAVIDS,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
5093047         CCB/SIMPLYB,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
5093050         COML ACCEPT,    2300 GETTYSBURG RD, STE 102,    CAMP HILL, PA 17011-7303
5093052         CREDIT FIRST NATL ASSOC,    PO BOX 81344,    CLEVELAND, OH 44188-0344
5093054         DAUPHIN COUNTY COMMISSIONERS,    ATT GEORGE HARTWICK COMMISSIONER,    FRONT & MARKET STREETS,
                 HARRISBURG, PA 17101
5093055        +DFS/WEBBANK,    PO BOX 81607,    AUSTIN, TX 78708-1607
5093057        +FEDLOAN,    PO BOX 69184,    HARRISBURG, PA 17106-9184
5104195        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
5093062        +SHAPIRO & DENARDO, LLC,    DANIELLE BOYLE-EBERSOLE ESQ,    3600 HORIZON DRIVE, Suite 150,
                 KING OF PRUSSIA, PA 19406-4702
5093064        +TARGET/TD,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
5093066        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5093067        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5093030         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2018 19:18:20
                 CAPITAL ONE (BANKRUPTCY NOTIFICATION)(p,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5093032         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:53     CB/A&F,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5093034         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:53     CB/BON,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5093036         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:51     CB/CATHERINES,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093037        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/EXPRESS,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
5093039        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/FLLBTY,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
5093041         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/LNBRYNT,   BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
5093042         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/ROAMANS,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093043        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/TORRID,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093044         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:52     CB/VICSCRT,
                 ATTN: BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093045         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2018 19:07:53     CB/WMNWTHN,
                 BANKRUPTCY NOTICES,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5093048        +E-mail/Text: dehartstaff@pamd13trustee.com Sep 10 2018 19:08:22     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5093049         E-mail/Text: bankruptcycollections@citadelbanking.com Sep 10 2018 19:08:22     CITADEL FCU,
                 520 EAGLEVIEW BLVD,    EXTON, PA 19341-1119
5093051         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2018 19:08:00     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5093053         E-mail/PDF: creditonebknotifications@resurgent.com Sep 10 2018 19:19:17     CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5093056         E-mail/Text: mrdiscen@discover.com Sep 10 2018 19:07:09     DISCOVER BANK,   12 READS WAY,
                 NEW CASTLE, DE 19720
5094360         E-mail/Text: mrdiscen@discover.com Sep 10 2018 19:07:09     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5093058        +E-mail/Text: cio.bncmail@irs.gov Sep 10 2018 19:07:44     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5093059        +E-mail/Text: unger@members1st.org Sep 10 2018 19:08:30     MEMBERS 1ST FCU,   5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
5093060        +E-mail/Text: bnc@nordstrom.com Sep 10 2018 19:07:43     NORDSTROM/TD,   PO BOX 13589,
                 SCOTTSDALE, AZ 85267-3589
5093185        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 19:19:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5093063        +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2018 19:19:11     SYNCB/SCORER,
                 BANKRUPTCY NOTICES,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 22
```

```
District/off: 0314-1          User: AGarner            Page 2 of 2           Date Rcvd: Sep 10, 2018
                              Form ID: ntcnfhrg        Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5093061          SANDRA SIMMONS
5093065          TENANTS
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James    Warmbrodt    on behalf of Creditor   BankUnited N.A. bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall
               karagendronecf@gmail.com,  doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebonnie Leavern Simmons–Hall,

**Debtor 1**

Chapter 13

Case No. 1:18–bk–03287–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 17, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 24, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 10, 2018 |

ntcnfhrg (03/18)