UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HALL | : | |
| Debtor | : | CASE NO. 1:18-bk-03287 |
| | : | |
| | : | |
| | : | |

## MOTION FOR AMENDED ORDER TO PAY TRUSTEE

       Comes now, Ebonnie Leavern Simmons-Hall, by and through Mott & Gendron Law and requests an Order to pay Trustee, respectfully representing in support thereof:

    1. The Debtor filed a Chapter 13 petition at the above-captioned docket number.

    2. The Debtor receives regular income from employment which may be attached under 11 U.S.C. Section 1326 to fund the Chapter 13 Plan.

    3. The likelihood of success in this case will be much greater if the income is attached to fund the Plan.

    4. The Debtor consents to the wage attachment.

    5. The claims that have been filed in the Debtor's case require a higher monthly payment.

       Wherefore, the Debtor respectfully requests that this Court enter an Amended Order to pay Trustee in the form attached.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
(717) 232-6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

/s/Ebonnie Leavern Simmons-Hall
_____
EBONNIE LEAVERN SIMMONS-HALL

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
EBONNIE LEAVERN SIMMONS-HALL :
    Debtor : CASE NO. 1:18-bk-03287
     :

## AMENDED ORDER TO PAY TRUSTEE

    Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court the entity from whom the Debtor, Ebonnie Leavern Simmons-Hall, receives income:

COMMONWEALTH OF PA - BCPO
ATTN: PAYROLL DEPARTMENT
SPECIAL PROCESSING UNIT
PO BOX 8006
HARRISBURG PA 17105-8006

deduct from said income the sum of $330.00 from each two-week pay check, or $165.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

    IT IS FURTHER ORDERED that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

    IT IS FURTHER ORDERED that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

    IT IS FURTHER ORDERED that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HALL | : | |
| | : | CASE NO. 1:18-bk-03287 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>October 31, 2018</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| **Name and Address** | **Mode of Service** |
|---|---|
| CHARLES J DEHART, III<br><br>dehartstaff@pamd13trustee.com | Electronically |
| ANNE K FIORENZA ASSISTANT US TRUSTEE<br><br>anne.fiorenza@usdoj.gov | Electronically |
| COMMONWEALTH OF PA - BCPO<br>ATTN: PAYROLL DEPARTMENT<br>SPECIAL PROCESSING UNIT<br>PO BOX 8006<br>HARRISBURG PA 17105-8006 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

    Respectfully submitted,

    /s/ Dorothy L. Mott

    _____

    Dorothy L Mott, Esquire
    Attorney ID #43568
    Mott & Gendron Law
    125 State Street
    Harrisburg PA 17101
    (717) 232-6650 TEL
    (717) 232-0477 FAX
    doriemott@aol.com