# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania ** Harrisburg

IN RE:                              CASE NO: 18-03287 HWV
Ebonnie L. Simmons-Hall             Chapter 13

Debtor (s)

## NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), hereby gives notice that all presently held or future payments and correspondences to the creditor for the Court claim number 2 should be sent to the following address:

OLD ADDRESS:

ECMC                        PHEAA
Lockbox #8682               PO BOX 8147
PO BOX 16478                Harrisburg, PA 17105
St. Paul, MN 55116-0478

NEW ADDRESS:

Please send all PAYMENTS to:    Please send all CORRESPONDENCE to:
ECMC                            ECMC
Lockbox #8682                   PO Box 16408
PO Box 16478                    St. Paul, MN 55116-0408
St. Paul, MN 55116-0478


Educational Credit Management Corporation


By: /s/   Julie Lee                          Date: December 7, 2018
Julie Lee, Operations Specialist
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Ph: 888-363-4562