IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HALL | : : | CASE NO. 1:18-bk-03287 |
| Debtor | : | |
| BankUnited N.A. | : | |
| Movant | : | |
| v. | : | |
| EBONNIE LEAVERN SIMMONS-HALL | : : | |
| Respondent | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

Admitted that the Debtor had fallen behind; however, she believes that she is only due for approximately $10.00 for July and requests that the court deny the certificate of default.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com