# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ebonnie Leavern Simmons-Hall<br>　　　　　　　　　　Debtor(s)<br><br>BankUnited N.A.<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Ebonnie Leavern Simmons-Hall<br>　　　　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br>NO. 18-03287 HWV<br><br>Claim No. 24<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of BankUnited N.A., which was filed with the Court on or about **4/1/2020**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3594

April 16, 2020