United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03287-HWV |
| Ebonnie Leavern Simmons-Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 28, 2023 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5093054 | DAUPHIN COUNTY COMMISSIONERS, ATT GEORGE HARTWICK COMMISSIONER, FRONT & MARKET STREETS, HARRISBURG, PA 17101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5118936 | + Email/Text: BKBCNMAIL@carringtonms.com | Mar 28 2023 18:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BankUnited N.A. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor BankUnited N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:18-bk-03287 |
| | : | |
| EBONNIE LEAVERN SIMMONS-HALL, | : | CHAPTER 13 |
|    Debtor | : | |
| | : | |
| EBONNIE LEAVERN SIMMONS-HALL, | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | MATTER: MOTION FOR APPROVAL |
| BANK UNITED, NA; CARRINGTON MORTGAGE SERVICES LLC; LOWER PAXTON TOWNSHIP AUTHORITY; DAUPHIN COUNTY COMMISSIONERS; Jack N. Zaharopoulos, Esquire, Trustee | : | OF SALE OF REAL ESTATE |
|    Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 3948 Rauch Street, Harrisburg, PA, Dauphin County, to Integrity First Home Buyers, LLC for $92,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorney's fees in the amount of $3,500.00 to Mott & Gendron Law, to be held in escrow, pending the filing and approval of a fee application seeking compensation for amounts owed to Mott & Gendron Law.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.

5. Payment in full of the second mortgage (Dauphin County Commissioners), subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.

6. Payment in full of Dauphin County Tax Claim Bureau real estate taxes, if any.

7. The net proceeds, after deduction for payments made pursuant to paragraphs 1 through 6 above, shall be divided evenly between Debtor and Co-Owner.

8. If there are net proceeds remaining due and owing to Debtor after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

9. If there are net proceeds remaining due and owing to Debtor after paying all the costs, fees and liens, set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtors, up to the amount of their exemptions in said property.

10. Any remaining net proceeds due to the Debtors, after paying all the costs, fees, and liens, set forth in the preceding paragraphs, shall be paid to the Chapter 13 Bankruptcy Trustee, to be applied to the amount due pursuant to Debtors' Plan.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 28, 2023