IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HALL | : | |
| | : | CASE NO. 1:18-bk-03287 |
| Debtor | : | |
| | : | |
| | : | |
| | : | |

**REQUEST FOR CERTIFIED DOCUMENT/ORDER**

COMES NOW the Debtor, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and hereby Requests that an electronic certified copy of the following document be email to the undersigned at the email address provided below.

**Docket entry #76 --- Order Granting Motion for Sale under Section 363(b)**

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID #: 87577
125 State Street
MOTT & GENDRON LAW
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com