| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:18-bk-03287-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Mar  3 07:25:32 EST 2023 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | AES/BELAUSBK<br>PO BOX 2461<br>HARRISBURG, PA 17105-2461 | ASPIRE URGENT CARE & FAMILY MEDICINE<br>49 PRINCE STREET<br>HARRISBURG, PA 17109-3113 |
| CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CARRINGTON MORTGAGE SERVICES LLC<br>1600 S DOUGLASS ROAD STE 200A<br>ANAHEIM, CA 92806-5948 | CB/A&F<br>BK NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 |
| CB/ASHLEYSTWRT<br>BK NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/BON<br>BK NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/BRYLANEHOME<br>ATTN: BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 |
| CB/CATHERINES<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/EXPRESS<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CB/FFE21CC<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 |
| CB/FLLBTY<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | CB/JESSLONDON<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/LNBRYNT<br>BK NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 |
| CB/ROAMANS<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/TORRID<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CB/VICSCRT<br>ATTN: BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 |
| CB/WMNWTHN<br>BANKRUPTCY NOTICES<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | CCB/DAVIDS<br>BANKRUPTCY NOTICES<br>PO BOX 183043<br>COLUMBUS, OH 43218-3043 | CCB/SIMPLYB<br>BANKRUPTCY NOTICES<br>PO BOX 183043<br>COLUMBUS, OH 43218-3043 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | CITADEL FCU<br>520 EAGLEVIEW BLVD<br>EXTON, PA 19341-1119 | COML ACCEPT<br>2300 GETTYSBURG RD, STE 102<br>CAMP HILL, PA 17011-7303 |
| COMM OF PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | CREDIT FIRST NATL ASSOC<br>PO BOX 81344<br>CLEVELAND, OH 44188-0344 | CREDITONE BANK<br>CUSTOMER BILLING AND CORRESPONDENCE<br>PO BOX 98873<br>LAS VEGAS, NV 89193-8873 |

| | | |
|---|---|---|
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | DAUPHIN COUNTY COMMISSIONERS<br>ATT GEORGE HARTWICK COMMISSIONER<br>FRONT & MARKET STREETS<br>HARRISBURG, PA 17101 |
| DFS/WEBBANK<br>PO BOX 81607<br>AUSTIN, TX 78708-1607 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106-9184 |
| INTERNAL REVENUE SERVICE - CIO<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MEMBERS 1ST FCU<br>5000 LOUISE DR<br>PO BOX 40<br>MECHANICSBURG, PA 17055-0040 |
| NORDSTROM/TD<br>PO BOX 13589<br>SCOTTSDALE, AZ 85267-3589 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SHAPIRO & DENARDO, LLC<br>DANIELLE BOYLE-EBERSOLE ESQ<br>3600 HORIZON DRIVE, Suite 150<br>KING OF PRUSSIA, PA 19406-4702 | SYNCB/SCORER<br>BANKRUPTCY NOTICES<br>PO BOX 965060<br>ORLANDO, FL 32896-5060 | TARGET/TD<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | (p)DEPARTMENT OF LABOR & INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 |
| UNEMPL COMP TAX MATTERS<br>HARRISBURG CASES L&I OFF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG, PA 17121-0751 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Dorothy L Mott<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 |
| Ebonnie Leavern Simmons-Hall<br>724 Rowe Lane<br>Harrisburg, PA 17112-2731 | Kara Katherine Gendron<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101-1025 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CHARLES J DEHART, III, ESQ.<br>8125 ADAMS DRIVE STE A<br>HUMMELSTOWN PA 17036 | DISCOVER BANK<br>12 READS WAY<br>NEW CASTLE, DE 19720 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
|---|---|---|
| UNEMP COMP OVERPAYMENT MATTERS<br>DEPT OF L&I - OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG, PA 17121 | (d)Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BankUnited N.A. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)SANDRA SIMMONS |
|---|---|---|
| (u)TENANTS | End of Label Matrix<br>Mailable recipients   55<br>Bypassed recipients    4<br>Total                 59 | |