IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EBONNIE LEAVERN SIMMONS-HALL | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | CASE NO. 1:18-bk-03287-HWV |
| | : | |
| KARA K. GENDRON, ESQUIRE | : | OBJECTION TO APPLICATION |
| Applicant | : | FOR ATTORNEY FEES |

ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of
Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other
matters of record, it is hereby ORDERED AND DECREED that the attorney fees sought in the
Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses
are hereby ADJUSTED AS FOLLOWS: