IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EBONNIE LEAVERN SIMMONS-HALL | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| KARA K. GENDRON, ESQUIRE | : | CASE NO. 1:18-bk-03287-HWV |
| Applicant | : | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 5th day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and requests that the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses filed on or about May 3, 2023 at ECF No. 83 be withdrawn as the Objection is moot since it will not ultimately reduce the net amount of fees requested by the Applicant. Therefore, the Trustee requests that the Objection be withdrawn.

Respectfully submitted,

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 5th day of May, 2023, I, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hummelstown, Pennsylvania, postage prepaid, first class, addressed to the following:

Kara K.Gendron, Esquire
Mott & Gendron Law
125 States Street
Harrisburg, PA 17101
karagendron@gmail.com

/s/Elizabeth R. Fitzgerald
Paralegal for Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097