IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HALL : | |
| : | CASE NO. 1:18-bk-03287 |
| Debtor : | |

**MOTION TO TERMINATE
WAGE ATTACHMENT TO PAY TRUSTEE**

Comes now the Debtor, Ebonnie Leavern Simmons-Hall, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on August 3, 2018.
2. The Debtor wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HAL | : | |
| | : | CASE NO. 1:18-bk-03287 |
| | : | |
| | : | |
| | : | |
| Debtor | | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EBONNIE LEAVERN SIMMONS-HAL | : | |
| | : | CASE NO. 1:18-bk-03287 |
| | : | |
| | : | |
| | : | |
| **Debtor(s)** | | |

## CERTIFICATE OF SERVICE

I certify that on December 22, 2023 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com


I certify under penalty of perjury that the foregoing is true and correct.
Date: 12/22/2023
    Respectfully submitted,

        /s/ Kara K. Gendron
        Kara K. Gendron, Esquire
        Attorney ID 87577
        MOTT & GENDRON LAW
        125 State Street
        Harrisburg, PA 17101
        http://www.mottgendronlaw.com
        T: (717) 232-6650 | F: (717) 232-0477
        karagendron@gmail.com