In re:  
Ebonnie Leavern Simmons-Hall  
    Debtor

Case No. 18-03287-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 22, 2023      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebonnie Leavern Simmons-Hall, 724 Rowe Lane, Harrisburg, PA 17112-2731 |
| 5093028 | + | AES/BELAUSBK, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5093029 | + | ASPIRE URGENT CARE & FAMILY MEDICINE, 49 PRINCE STREET, HARRISBURG, PA 17109-3113 |
| 5093033 | | CB/ASHLEYSTWRT, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093035 | + | CB/BRYLANEHOME, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093038 | | CB/FFE21CC, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093040 | | CB/JESSLONDON, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093047 | | CCB/SIMPLYB, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5093054 | | DAUPHIN COUNTY COMMISSIONERS, ATT GEORGE HARTWICK COMMISSIONER, FRONT & MARKET STREETS, HARRISBURG, PA 17101 |
| 5093057 | + | FEDLOAN, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 5093062 | + | SHAPIRO & DENARDO, LLC, DANIELLE BOYLE-EBERSOLE ESQ, 3600 HORIZON DRIVE, Suite 150, KING OF PRUSSIA, PA 19406-4702 |
| 5153020 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 18:33:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 18:48:12 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5093030 | | EDI: CAPITALONE.COM | Dec 22 2023 23:34:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5093031 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2023 18:33:00 | CARRINGTON MORTGAGE SERVICES LLC, 1600 S DOUGLASS ROAD STE 200A, ANAHEIM, CA 92806-5948 |
| 5093032 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/A&F, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093034 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093036 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/CATHERINES, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093037 | + | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/EXPRESS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5093039 | + | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/FLLBTY, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5093041 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/LNBRYNT, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093042 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/ROAMANS, BANKRUPTCY NOTICES, PO |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5093043 | + | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/TORRID, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093044 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093045 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CB/WMNWTHN, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5093046 | | EDI: WFNNB.COM | Dec 22 2023 23:34:00 | CCB/DAVIDS, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5093049 | | Email/Text: bankruptcycollections@citadelbanking.com | Dec 22 2023 18:33:00 | CITADEL FCU, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 5093050 | | Email/Text: dylan.succa@commercialacceptance.net | Dec 22 2023 18:33:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5093051 | | EDI: PENNDEPTREV | Dec 22 2023 23:34:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5093051 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 18:33:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5093052 | | EDI: CRFRSTNA.COM | Dec 22 2023 23:34:00 | CREDIT FIRST NATL ASSOC, PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 5093053 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2023 18:37:57 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5110940 | | EDI: CAPITALONE.COM | Dec 22 2023 23:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5118936 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 22 2023 18:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5105740 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 18:37:31 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5093066 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 22 2023 18:33:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5093055 | + | Email/PDF: DellBKNotifications@resurgent.com | Dec 22 2023 18:48:10 | DFS/WEBBANK, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5093056 | | EDI: DISCOVER | Dec 22 2023 23:34:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5094360 | | EDI: DISCOVER | Dec 22 2023 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5104195 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2023 18:33:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5093058 | | EDI: IRS.COM | Dec 22 2023 23:34:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5093048 | | Email/Text: info@pamd13trustee.com | Dec 22 2023 18:33:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5112192 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 18:38:02 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5093059 | + | Email/Text: unger@members1st.org | Dec 22 2023 18:33:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5093060 | + | Email/Text: bnc@nordstrom.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2023 18:33:26 | NORDSTROM/TD, PO BOX 13589, SCOTTSDALE, AZ 85267-3589 |
| 5093185 | + | EDI: RECOVERYCORP.COM | Dec 22 2023 23:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5116331 | | EDI: Q3G.COM | Dec 22 2023 23:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5116332 | | EDI: Q3G.COM | Dec 22 2023 23:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5570541 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 18:48:17 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570542 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 18:37:17 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 5093063 | + | EDI: SYNC | Dec 22 2023 23:34:00 | SYNCB/SCORER, BANKRUPTCY NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5093064 | + | EDI: WTRRNBANK.COM | Dec 22 2023 23:34:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5119007 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 18:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5093067 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 22 2023 18:33:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5093061 | | SANDRA SIMMONS |
| 5093065 | | TENANTS |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BankUnited N.A. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor BankUnited N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ebonnie Leavern Simmons-Hall<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-3148<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-03287-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ebonnie Leavern Simmons-Hall

12/22/23

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**