United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 18-03287-HWV
Ebonnie Leavern Simmons-Hall                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                          Page 1 of 2
Date Rcvd: Mar 12, 2024                        Form ID: fnldec                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

**Recip ID              Recipient Name and Address**
db                  +  Ebonnie Leavern Simmons-Hall, 724 Rowe Lane, Harrisburg, PA 17112-2731

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

**Name**                     **Email Address**

Denise E. Carlon
                          on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Dorothy L Mott
                          on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall DorieMott@aol.com
                          karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendr
                          on@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
                          TWecf@pamd13trustee.com

James Warmbrodt
                          on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com

Kara Katherine Gendron
                          on behalf of Debtor 1 Ebonnie Leavern Simmons-Hall
                          karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai

District/off: 0314-1

Date Rcvd: Mar 12, 2024

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

l.com;MottGendronLaw@jubileebk.net

Michael Patrick Farrington

on behalf of Creditor BankUnited N.A. mfarrington@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebonnie Leavern Simmons−Hall,

**Debtor 1**

Chapter     13

Case No.     1:18−bk−03287−HWV

Social Security No.:
           xxx−xx−3148

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  March 12, 2024

**fnldec** (01/22)